■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BYRON SMITH, Also Known as BRIAN SMITH, Appellant. [599 NYS2d 1024] —Appeal by the defendant from a judgment of the

Supreme Court, King County (Douglass, J.), rendered October 3, 1991, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

There is no merit to the defendant's contention that his conviction should be reversed and that a new trial should be ordered because he was absent from the *Sandoval* hearing. Even if the defendant was absent from the *Sandoval* hearing, his presence, under the circumstances of this case, would have been superfluous because the court ruled that it would only allow cross-examination into the fact that the defendant had two prior misdemeanor convictions and not into the underlying facts of those convictions *(see, People v Robles,* 192 AD2d 425; *People v Odiat,* 191 AD2d 183). Thompson, J. P., Miller, Eiber and Santucci, JJ., concur.